NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 03-1200

STATE OF LOUISIANA

VERSUS

PHILLIP RANDY MATTHEWS

**********

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT,
PARISH OF SABINE, NO. 55253,
HONORABLE CHARLES B. ADAMS, DISTRICT JUDGE

**********

JIMMIE C. PETERS
JUDGE

**********

Court composed of John D. Saunders, Jimmie C. Peters, and Billy Howard Ezell, Judges.

AFFIRMED.

Don M. Burkett, D.A.
Clifford R. Strider, A.D.A.
P. O. Box 1557
Many, LA 71449
(318) 256-6246
Counsel for Plaintiff/Appellee:
        State of Louisiana

G. Paul Marx
Louisiana Appellate Project
P.O. Box 82389

**Lafayette, LA 70598-2389**
**(337) 237-2537**
**Counsel for Defendant/Appellant:**
       **Phillip Randy Matthews**

**Phillip Randy Matthews**
**Sabine Parish Det. Center**
**384 Detention Ctr. Rd.**
**Many, LA 71449**
**(000) 000-0000**